**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Steven C. Yarbrough**
**United States Magistrate Judge**

**Clerk's Minutes**

*Gray v. Acadia Healthcare Company, Inc. et al*, 19cv406 WJ/SCY

Tuesday, June 18, 2019, at 9:00 a.m.

**PLAINTIFF'S ATTORNEY PRESENT:**            F Michael Hart
                                             Joshua K Conaway

**DEFENDANT'S ATTORNEYS PRESENT:**           Ryan L Clement

**TYPE OF PROCEEDING:** Telephone Scheduling Conference
                       Total Time – 11 Minutes

**COURT'S NOTES/RULINGS:**

- F Michael Hart and Joshua K Conaway entered their appearances for the Plaintiff. Ryan L Clement entered his appearance for Defendant Acadia Healthcare Company, Inc. Defendant Rolling Hills Hospital, LLC did not appear.
- The Court questioned the parties about the pending motions and what discovery is appropriate.
- Mr. Clement argued that jurisdictional discovery is not necessary because the facts are clear. Mr. Clement indicated that Mr. LeBlanc is handling briefing for Defendant Rolling Hills Hospital and likely did not file a motion to stay discovery due to concerns that it would be inconsistent with his limited appearance in the case to contest personal jurisdiction.
- Mr. Hart indicated he agrees to stay discovery pending ruling on the two pending motions due to concerns about waiving his position on a remand to state court by engaging in discovery.
- Mr. Clement indicates he agrees to stay discovery pending ruling on the two pending motions.
- The Court indicated it would enter an order finding good cause to delay entering a scheduling order. Judge Yarbrough will keep an eye on the docket and set up another status conference if the case is still viable after Judge Johnson issues a ruling on either motion.
- The Court concluded the conference.